# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellant,
vs.
NATIONSTAR MORTGAGE LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,
Respondent.

No. 80586

FILED

JUL 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a final judgment in an action to quiet title. Eighth Judicial District Court, Clark County; David M. Jones, Judge.[1]

We recently held in *JPMorgan Chase Bank, National Ass'n v. SFR Investments Pool 1, LLC*, 136 Nev., Adv. Op. 68, 475 P.3d 52, 56-57 (2020), that 12 U.S.C. § 4617(b)(12)'s six-year limitation period applies to any action brought to enforce the Federal Foreclosure Bar. Consequently, respondent's amended complaint asserting the Federal Foreclosure Bar was timely even if it did not relate back to respondent's original complaint. *See id.* at 55 ("When the facts are uncontroverted . . . , the application of a statute of limitations to bar a claim is a question of law that this court reviews de novo."). Because appellant does not meaningfully challenge the

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

district court's determination that Freddie Mac owned the loan secured by the first deed of trust, we

      ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, Sr.J.
Gibbons

cc:    Hon. David M. Jones, District Judge
      Thomas J. Tanksley, Settlement Judge
      Kim Gilbert Ebron
      Akerman LLP/Las Vegas
      Fennemore Craig P.C./Reno
      Eighth District Court Clerk

---

[2]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.